#  AMS Servicing, LLC

*08/09/11*

*Northern District of Illinois-Chicago Division*
*U.S. Bankruptcy Court*
*219 S. Dearborn*
*Chicago, IL 60604*

Re:   Notice of Change of Address:
      Loan Number:          5002521
      Bankruptcy Case No:   **09-44195**
      Name:                 KENNETH SYDNOR

      Property Address:     *4219 S Indiana Ave*
                            *Chicago, IL 60653*

To Whom It May Concern:

Please be advised that Steel Mountain Capital II, LLC c/o AMS Servicing, LLC 3374 Walden
Ave, Ste 120, Depew, NY 14043 has recently had a name change.  All future correspondence will
need to be taken in the name of Steel Mountain Homes, LLC.

                    *AMS Servicing, LLC.*
                    3374 Walden Avenue
                    Suite 120
                    Depew, NY 14043

Should you have any questions, please contact the undersigned.

Sincerely,
Melissa Stawicki
Bankruptcy Specialist
mstawicki@AMS-Servicing.com