UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: Kenneth Sydnor
Debtor

Case No. 09-44195

### DEBTOR'S DECLARATION REGARDING
### DOMESTIC SUPPORT OBLIGATIONS
### (REQUIRED TO OBTAIN CHAPTER 13 DISCHARGE UNDER §1328(a))

I certify (check one):

[X]    During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

[ ]    During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

*If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

_/s/ Kenneth Sydnor_                                _3/5/2014_
Signature of Debtor                                 Dated

Kenneth Sydnor
Name of Debtor (Printed)

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge under §1328(a). In joint cases, the form must be completed and filed by each debtor.