UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:	CASE NO. 09 B 44195
	CHAPTER 13
Kenneth Sydnor

	JUDGE A. BENJAMIN GOLDGAR

DEBTOR	NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Steel Mountain Homes LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | XXXXXXXX COC | $15,247.22 | $15,247.22 | $15,247.22 |
| Total Amount Paid by Trustee | | | | $15,247.22 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09 B 44195

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 27th day of March, 2014.

Kenneth Sydnor, 4219 S Indiana, Chicago, IL  60653

ELECTRONIC SERVICE - Legal Assistance Foundation Of Chicago, 10 W 35th St 4th Flr, Chicago, IL  60616

Steel Mountain Homes LLC, 3374 Walden Ave Suite 120, Depew, NY  14043

ELECTRONIC SERVICE - United States Trustee

Date:  March 27, 2014                                              /s/ Marilyn O Marshall
                                                                                   Marilyn O Marshall
                                                                                   Chapter 13 Trustee
                                                                                   224 S Michigan Ave
                                                                                   Ste 800
                                                                                   Chicago, IL  60604